W. Gregory Lockwood (WSBA#: 52232)
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Email: wglockwood@grsm.com

Jeffrey D. Cawdrey (CA SBN: 120488)
Admitted Pro Hac Vice
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Fax: (619) 696-7124
Email: jcawdrey@grsm.com

Megan M. Adeyemo (TX SBN: 24099595)
Admitted Pro Hac Vice
GORDON REES SCULLY MANSUKHANI, LLP
2200 Ross Ave., Suite 3700
Dallas, TX 75201
Telephone: (214) 231-4660
Email: madeyemo@grsm.com

*Counsel for Canyon Farm II, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| EASTERDAY RANCHES, INC., et al.,[1] | Case No. 21-00141-WLH11 |
| Debtor. | Adv. Pro. No. 23-80002 |
| | **STIPULATION EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO AVOID FRAUDULENT TRANSFER** |

  BC-140, LLC ("Plaintiff"), by and through its undersigned counsel, and Canyon Farm, LLC ("Defendant"), by and through its undersigned counsel, hereby enter into this Stipulation

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

1

Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer (this "Stipulation") as follows:

1. On January 31, 2023, Plaintiff filed its Complaint to Avoid Fraudulent Transfer [Docket No. 1] (the "Complaint"), thereby commencing the above-captioned adversary proceeding.

2. The deadline to answer or otherwise respond to the Complaint was March 3, 2023 (the "Initial Answer Deadline"). On March 3, 2023, Plaintiff and Defendant filed their Stipulation Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 6] (the "Stipulation"). Pursuant to the Stipulation, the deadline to answer or otherwise respond to the Complaint is April 3, 2023 (the "Second Answer Deadline").

3. On April 3, 2023, Defendant filed its Motion for Order Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 8] (the "Extension Motion"). The Extension Motion was granted by Order of the Court [Docket No. 10] and the Second Answer Deadline was extended to May 3, 2023 (the "Deadline") and the scheduling conference was reset to May 17, 2023 at 2:00 p.m. (the "Scheduling Conference").

4. On May 3, 2023, Plaintiff and Defendant filed their Stipulation Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 12] extending the Deadline to May 15, 2023. On May 4, 2023, the Court removed the Scheduling Conference from the calendar.

5. On May 15, 2023, Plaintiff and Defendant filed their Stipulation Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 15] extending the Deadline to May 22, 2023.

6. On May 22, 2023, Plaintiff and Defendant filed their Stipulation Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 16] extending the Deadline to May 30, 2023.

7. On May 30, 2023, Plaintiff and Defendant filed their Stipulation Extending Deadline to Answer or Otherwise Respond to Complaint to Avoid Fraudulent Transfer [Docket No. 17] extending the Deadline to June 6, 2023.

8. Plaintiff and Defendant have continued to engage in settlement discussions. Thus, Plaintiff and Defendant hereby stipulate to extend the Deadline up to and including June 27, 2023.

Dated: June 6, 2023

TONKON TORP LLP

By: */s/ Timothy J. Conway*
Timothy J. Conway, WSBA No. 52204
Ava L. Schoen, admitted Pro Hac Vice
Attorneys for Plaintiff

Dated: June 6, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Megan M. Adeyemo*
W. Gregory Lockwood, WSBA No. 52232
Jeffrey D. Cawdrey, admitted Pro Hac Vice
Megan M. Adeyemo, admitted Pro Hac Vice
Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023 a true and correct copy of the foregoing was e-filed with the Clerk of the Court by using the CM/ECF system, which effectuated service upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anita Soto
　　　　　　　　　　　　　　　　　　　　　　　for Gordon Rees Scully Mansukhani, LLP